## 28793. HUNTER v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED APRIL 4, 1974.

Lucius Hunter, *pro se.*

*Arthur K. Bolton, Attorney General,* for appellee.

## 28666. HEARD v. SMITH.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED APRIL 23, 1974.

Robert Jerome Heard, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.